**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JENNIFER LARMER,<br><br>    Defendant. | Case No. 2:22-mj-00903-VCF<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Bench Trial currently scheduled for Wednesday, April 5, 2023 at 9:00 a.m., be vacated and continued to <u>June 14, 2023</u> at the hour of <u>9:00 am</u> in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this <u>28th</u> day of March, 2023.

 

_____
UNITED STATES MAGISTRATE JUDGE